IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GEONNA THOMPSON, | § | |
| | § | |
| Plaintiff, | § | Civil Action No.: 4:22-cv-00595-ALM-CAN |
| | § | |
| v. | § | |
| | § | **JURY DEMANDED** |
| NHJUSTIN, LLC, LANDCORE | § | |
| DEVELOPMENT AND | § | |
| CONSTRUCTION, LLC, and 810 | § | |
| TALLY OWNER, LP, | § | |
| | § | |
| Defendants. | § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

By agreement of all parties, Plaintiff Geonna Thompson, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby files this Stipulation of Dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: May 3, 2023.

Respectfully Submitted,

CALHOUN & ASSOCIATES

*/s/ Eric G. Calhoun*
Eric G. Calhoun
1595 N. Central Expressway
Richardson, Texas 75080
(214) 766-8100
(214) 308-1947 Fax
eric@ecalhounlaw.com
egcla@ecalhounlaw.com (Assistant)

ATTORNEYS FOR PLAINTIFF

        WINSTEAD PC

        */s/ Stephen W. Schueler*
        Stephen W. Schueler
        Adarsh Annamaneni
        600 Travis Street, Suite 5200
        Houston, Texas 77002
        Telephone: (713) 650-2763
        Facsimile: (713) 650-2400
        sschueler@winstead.com
        aannamaneni@winstead.com

        ATTORNEYS FOR DEFENDANTS NHJUSTIN, LLC AND 810 TALLY OWNER, LP


        CARTER ARNETT, PLLC

        */s/ J. Robert Arnett II*
        J. Robert Arnett II
        CARTER ARNETT, PLLC
        8150 N. Central Expressway, Suite 500
        Dallas, Texas 75206
        Telephone: (214) 550-8188
        Facsimile: (214) 550-8185
        barnett@carterarnett.com

        ATTORNEY FOR DEFENDANT LANDCORE DEVELOPMENT AND CONSTRUCTION, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2023, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Stephen W. Schueler<br>Adarsh Annamaneni<br>WINSTEAD PC<br>600 Travis Street, Suite 5200<br>Houston, Texas 77002<br>sschueler@winstead.com<br>aannamaneni@winstead.com | *Counsel for Defendants NHJustin, LLC and 810 Tally Owner, LP* |
| J. Robert Arnett II<br>CARTER ARNETT, PLLC<br>8150 N. Central Expressway, Suite 500<br>Dallas, Texas 75206<br>barnett@carterarnett.com | *Counsel for Defendant Landcore Development and Construction, LLC* |

          */s/ Eric G. Calhoun*
          Eric G. Calhoun